**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NOE ANTONIO AGUIRRE | * |
| | * |
|     PLAINTIFF | * |
| | * |
| v. | *   Case No.:  15-CV-01379 RCL |
| | * |
| WISEYS #1, LLC, et al. | * |
| | * |
|     DEFENDANTS. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF DISMISSAL OF ALL COUNTS AND CLAIMS

Pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(i), the Plaintiff hereby dismisses all claims alleged in this matter against Defendants, with prejudice.

WHEREFORE, the Plaintiff hereby notifies the Court that this matter is dismissed, with prejudice.

Respectfully submitted,

____-*S*-_____
Michael K. Amster
Bar Number: 1001110
Zipin, Amster & Greenberg, LLC
836 Bonifant St.
Silver Spring, MD 20815
Telephone: 301-587-9373
Fax: 301-587-9373
mamster@zagfirm.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of September, 2015, a true and correct copy of Plaintiff's Stipulation of Dismissal of All Counts and Claims was served electronically by the Court's ECF System on all counsel of record.

    /s/ Michael K. Amster
Michael K. Amster